**PARKER SCHWARTZ, P.L.L.C.**
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0477
Fax: (602) 282-0478
E-mail: lhirsch@psazlaw.com

LAWRENCE D. HIRSCH (AZ # 004982)
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>REGENCY PARK CAPITAL 2011, INC. dba SUPER 8 GOODYEAR,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No: 2:15-bk-15280-PS<br><br>BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION<br><br>Hearing: _____ |

Regency Park Capital 2011, Inc. dba Super 8 Goodyear, Debtor filed a Plan of Reorganization on the 31st day of March, 2016 ("Plan") as the Debtor in this case. The Debtor filed its Disclosure Statement on March 31, 2016. The Court has approved the Disclosure Statement ("Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy by writing to the Debtor's attorney, Lawrence D. Hirsch, Parker Schwartz, PLLC at 7310 North 16th Street, Suite 330 Phoenix, Arizona 85020.

Regency Park Capital 2011, Inc.
dba Super 8 Goodyear
Case No.: 2:15-bk-15280-PS

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may photocopy and submit this ballot for each class in which you are entitled to vote. If your ballot(s) is not received on or before 5 days before the hearing and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding upon you if it is accepted by the holders of two-thirds in amount and one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count you must complete and return this ballot:

**ACCEPTANCE OR REJECTION OF THE PLAN**

1. The undersigned creditor, _Sawaranjit Sarah Singh_ is the holder of a priority, secured, or unsecured nonpriority claim of **class [ ]** against the debtor in the unpaid amount of $ _49,619.55_ .

*Or*

2. The undersigned creditor, _____ is the holder of a bond, debenture or other debt security of **class [ ]** against the debtor in the unpaid amount of $_____ the principal amount of (*describe bond, debenture or other*) _____ _____. *(do not include accrued or unmatured interest).*

*OR*

2

PARKER SCHWARTZ, PLLC
7310 North Sixteenth Street, Suite 330
Phoenix, Arizona 85020

PARKER SCHWARTZ, PLLC
7310 North Sixteenth Street, Suite 330
Phoenix, Arizona 85020

Regency Park Capital 2011, Inc.
dba Super 8 Goodyear
Case No.: 2:15-bk-15280-PS

3. The undersigned creditor, _____ is the holder of an equity interest of **class** [ ] in the debtor consisting of _____ shares or other interests of (*describe equity interest*) _____ in the debtor.

*[Check One Box]*

Accepts the Plan [ ]   Rejects the Plan [X]

Dated: 7/19/16   Signed: Brian Spector

Name of Creditor you represent: Sawaranjit Sarah Singh

Your Printed Name: Brian N. Spector

Your Title: Counsel for Sawaranjit Sarah Singh

Your Address: 3101 N. Central, Suite 600 Phoenix 85012-2658

Your Phone: 602-200-1295

Mail or hand-deliver this completed ballot in time for receipt on or before 5 days prior to the hearing date scheduled on _____, 2016 at _____ a.m./p.m. to:

PARKER SCHWARTZ, PLLC
Lawrence D. Hirsch #004982
Attorneys for Debtor
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0477
Fax: (602) 282-0478

3