**ORDERED.**

**Dated: June 25, 2019**

_[signature]_
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>REGENCY PARK CAPITAL 2011, INC. dba SUPER 8 GOODYEAR,<br><br>Debtor. | (Chapter 11 Case)<br><br>No. 2:15-bk-15280-PS<br><br>**ORDER APPROVING SALE OF MOTEL** |

Pursuant to the (i) March 19, 2019 *Order Confirming Sarah Singh's Plan of Liquidation Dated August 16, 2016 as Modified* [DE 474] (the order shall be referred to as "**Order Confirming Plan**" and the plan itself shall be referred to as "**Confirmed Plan**") at Section 5.6 of the Confirmed Plan and (ii) May 8, 2019 *Order Granting Liquidating Agent's Request to Set Auction Date* [551], the Court conducted the Auction Sale of the Debtor's real property known as the Super 8 Goodyear Motel located at 840 N. Dysart Road in Goodyear, Arizona and legally described in **Exhibit A** attached, together with certain related personal property located thereon (collectively referred to hereafter as the "**Property**") on June 20, 2019.

The Court has considered the highest and best bid and backup bid submitted at the Auction Sale and has determined that their approval is appropriate and in the best interest of the Estate and in accordance with the Confirmed Plan and Order Confirming Plan. In furtherance of the relief granted herein, the Court also finds as follows:

(i) This Court has jurisdiction over this case and the Sale Application pursuant to 28 U.S.C. §§ 1334 and 157, and this matter is a core proceeding under 28 U.S.C. § 157(b).

(ii) The Auction Sale was conducted in good faith and at arm's length, valuable consideration has been or will be provided to the Estate for the Estate's interest in the Property, and the consideration received by the Estate is fair under the circumstances.

(iii) SJ Group, LLC ("**Winning Bidder**") presented the approved highest and best bid at Six Million One Hundred and Fifty Thousand Dollars ($6,150,000.00), and the Court finds that SJ Group, LLC, having received the approval of Eric M. Haley, Liquidating Agent and Sawaranjit Sarah Singh, Plan Proponent, is a Qualified Bidder under the Confirmed Plan.

(iv) Sanjay Patel ("**Backup Bidder**") presented the approved backup bid, and agreed to be the Backup Bidder, at a bid of Five Million One Hundred Thousand Dollars ($5,100,000.00). The Court finds Sanjay Patel, having received the approval of Eric M. Haley, Liquidating Agent and Sawaranjit Sarah Singh, Plan Proponent, is a Qualified Bidder under the Confirmed Plan.

(v) The Auction Sale was appropriate under the Confirmed Plan.

(vi) The Property is subject to the following alleged liens or claims:

    (a)    **Farmers' Group Credit Union aka Extensia Financial**

    (b)    **Maricopa County Treasurer**

(vii) The sale of the Property is in the best interest of the Estate.

(viii) By Order of this Court dated May 2, 2019, Liquidating Agent received authority to employ R.O.I. Properties, LLC ("**Broker**") to market and sell the Property.

Accordingly,

**IT IS HEREBY ORDERED** approving the results of the Auction Sale.

**IT IS FURTHER ORDERED** approving the sale, transfer, and conveyance of the Property by the Liquidating Agent on behalf of the Debtor to the Winning Bidder, SJ Group, LLC, or its assignee,

2

upon the Winning Bidder's payment of total purchase price of Six Million, One Hundred and Fifty Thousand Dollars ($6,150,000.00) ("**Purchase Price**") pursuant to 11 U.S.C. § 363(b) and (f) and the Confirmed Plan, free and clear of any and all liens or interests (including but not limited to any liens/claims held by Farmers' Group Credit Union aka Extensia Financial and the Maricopa County Treasurer), as/is, where/is, with no representations, warranties, or guarantees, with any valid and enforceable liens to attach to the net sale proceeds. Winning Bidder shall use its best efforts to obtain franchisor approval as soon as possible and remit the full balance of the Purchase Price by the earlier of the following (the "**Closing Deadline**"): (i) five days from franchisor approval or (ii) fifty-five days from the date of the Auction Sale. The Winning Bidder's $250,000.00 deposit is non-refundable. <u>The Confirmation Order and this Order shall be enforceable in law and equity, including the remedy of specific performance</u>.

**IT IS FURTHER ORDERED** approving Sanjay Patel as the Backup Bidder and directing that if Winning Bidder fails to remit the Purchase Price by the Closing Deadline, (i) Liquidating Agent shall provide notice to the Backup Bidder and (ii) Sanjay Patel shall thereafter have the earlier of five (5) days from franchisor approval or fifty-five days from notification to remit the $5,100,000.00 backup bid amount to the Liquidating Agent. Should the Winning Bidder not close on the sale of the Property, the Backup Bidder's $250,000.00 shall become non-refundable. If the sale of the Property to the Winning Bidder does close, the Backup Bidder's $250,000.00 deposit shall be returned to him.

**IT IS FURTHER ORDERED** authorizing the following payments by North American Title Company through the close of escrow: (a) payment of the full payoff amount due and owing to Farmers' Group Credit Union aka Extensia Financial; (b) payment of any real property taxes due and owing; (c) payment of closing costs in accordance with the Purchase and Sale Agreement and as customary in the industry; provided, however, that payment of the Broker's commission shall be subject to further order of the Court (as set forth in the application to employ Broker) after the sale has closed.

3

Case 2:15-bk-15280-PS    Doc 605    Filed 06/25/19    Entered 06/25/19 14:28:15    Desc
Main Document    Page 3 of 6

**IT IS FURTHER ORDERED** that this Order shall act as a release of all liens, encumbrances, assessments, and credit lines against the Property, that no further documentation shall be necessary to release any liens, encumbrances, assessments, and credit lines against the Property, and that this Order may be recorded with the appropriate County for this purpose.

**IT IS FURTHER ORDERED** that Liquidating Agent, on behalf of the Debtor, is authorized to execute all additional documents, and perform any other such acts as may be necessary or reasonably requested, to facilitate and complete the transaction.

**IT IS FURTHER ORDERED** that the court reserves jurisdiction with respect to any issues which may hereafter arise should the sale to the Winning Bidder not close by the Closing Deadline.

**IT IS FURTHER ORDERED** that this Order is a final order for purposes of F.R.B.P. Rule 8001.

**DATED AND SIGNED ABOVE**

# EXHIBIT "A"
Legal Description

Parcel No. 1:

A parcel of land located in the Southeast quarter of Section 3, Township 1 North, Range 1 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:

Commencing at the Southeast corner of said Section 3;

Thence North 00 degrees 33 minutes 17 seconds East along the East line of said Southeast quarter, a distance of 1940.20 feet to a point on said East line from which the East quarter corner of said Section 3 bears North 00 degrees 33 minutes 17 seconds East, a distance of 680.50 feet;

Thence North 89 degrees 59 minutes 48 seconds West, a distance of 44.96 feet;

Thence continuing North 89 degrees 59 minutes 48 seconds West, a distance of 2250 feet to the True Point of Beginning;

Thence continuing North 89 degrees 59 minutes 48 seconds West, a distance of 75.00 feet;

Thence South 00 degrees 00 minutes 12 seconds West, a distance of 104.57 feet;

Thence North 89 degrees 59 minutes 48 seconds West, a distance of 296.90 feet;

Thence North 00 degrees 33 minutes 17 seconds East, a distance of 153.62 feet;

Thence North 89 degrees 59 minutes 48 seconds West, a distance of 199.14 feet to a point on the Easterly boundary of Vista Del Camino Condominiums, a Horizontal Property Regime, as recorded in Book 240 of Maps, page 13, records of Maricopa County, Arizona;

Thence North 00 degrees 33 minutes 17 seconds East along the Easterly boundary, a distance of 86.95 feet to the Southwest corner of that certain parcel as described in Docket 14457, Page 26 through 28, inclusive, records of Maricopa County, Arizona;

Thence South 89 degrees 59 minutes 48 seconds East along said South line, a distance of 566.85 feet;

Thence South 00 degrees 47 minutes 16 seconds West, a distance of 136.01 feet to the True Point of Beginning.

Parcel No. 2:

An easement for ingress and egress over the following described property:

A parcel of land located in the Southeast quarter of Section 3, Township 1 North, Range 1 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:

# SCHEDULE B-II
(Continued)

Commencing at the Southeast corner of said Section 3;

Thence North 00 degrees 33 minutes 17 seconds East along the East line of said Southeast quarter, a distance of 1940.20 feet to a point on said East line from which the East quarter corner of said Section 3 bears North 00 degrees 33 minutes 17 seconds East, a distance of 680.50 feet;

Thence North 89 degrees 59 minutes 48 seconds West, a distance of 44.96 feet;

Thence North 00 degrees 47 minutes 16 seconds West, a distance of 86.01 feet to the True Point of Beginning;

Thence North 89 degrees 59 minutes 48 seconds West, a distance of 65.00 feet;

Thence North 00 degrees 47 minutes 16 seconds East. a distance of 15.00 feet;

Thence North 89 degrees 59 minutes 48 seconds West, a distance of 160.00 feet;

Thence North 00 degrees 47 minutes 16 seconds East, a distance of 35.00 feet to a point on the South line of that certain parcel as described in Docket 14457, Pages 26 to 28, inclusive, records of Maricopa County, Arizona;

Thence South 89 degrees 59 minutes 48 seconds East along said South line, a distance of 225.00 feet;

Thence South 00 degrees 47 minutes 16 seconds East, a distance of 50.00 feet to the True Point of Beginning.

Parcel No. 3:

A parcel of land located in the Southeast quarter of Section 3, Township 1 North, Range 1 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:

Commencing at a point on the East line of said Southeast quarter of Section 3, which bears North 00 degrees 08 minutes 25 seconds East, a distance of 1720.11 feet and bears South 00 degrees 08 minutes 25 seconds West, a distance of 900.59 feet from the Northeast corner thereof;

Thence South 89 degrees 35 minutes 20 seconds West, a distance of 342.84 feet to the True Point of Beginning;

Thence continuing South 89 degrees 35 minutes 20 seconds West, a distance of 120.00 feet;

Thence South 00 degrees 08 minutes 25 seconds West, a distance of 100.00 feet;

Thence South 89 degrees 35 minutes 20 seconds West, a distance of 177.27 feet;

Thence North 00 degrees 10 minutes 16 seconds East, a distance of 215.42 feet;

Thence North 89 degrees 35 minutes 20 seconds East, a distance of 296.05 feet;

Thence South 00 degrees 24 minutes 40 seconds East, a distance of 115.43 feet to the True Point of Beginning;

EXCEPT an undivided one-half interest in and to all oil, gas, salt, sulfur, potash and other minerals as reserved in [Docket 190, Page 53](Docket 190, Page 53), records of Maricopa County, Arizona.