Steven R. Schneider (SBN: 030958)
BUCHALTER
A Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1808
Facsimile: (480) 824-9400
E-mail: sschneider@buchalter.com

Bernard D. Bollinger, Jr. (CA SBN: 132817)
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
E-mail: bbollinger@buchalter.com

Attorneys for Servicer for Secured Creditor,
Extensia Financial,

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>REGENCY PARK CAPITAL 2011, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:15-bk-15280-PS<br><br>**STIPULATION FOR ENTRY OF FOURTEENTH ORDER FURTHER EXTENDING FINAL ORDER (I) APPROVING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) SCHEDULING FINAL HEARING**<br><br>**Date: No hearing required** |

This Stipulation for Entry of Fourteenth Order Further Extending Final Order (I) Approving Use of Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing (this "Stipulation") is entered into as of December 20, 2018, by and between Regency Park Capital 2011, Inc., the debtor and debtor-in-possession ("Debtor") in the above-captioned bankruptcy case (the "Case") through Eric M. Haley, Liquidating Agent appointed pursuant to the terms of Sarah Singh's Plan of Liquidation Dated August 16, 2016 ("Liquidating Agent") and Extensia Financial (fka CU Business Partners, LLC), servicing agent ("Agent") for and on behalf of Farmers Insurance Group Federal Credit Union, a Federally Chartered Credit Union, its

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 37419540v1

1

Case 2:15-bk-15280-PS   Doc 637   Filed 08/27/19   Entered 08/27/19 14:02:20   Desc
Main Document    Page 1 of 14

successors, assigns or beneficiaries (collectively with Agent, "Secured Party"), with reference to the following:

A. On December 1, 2015, Debtor filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B. On December 11, 2015, the Court entered its Emergency Order Granting Emergency Motion for (I) Order Approving Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing – On an Interim and Limited Basis Through December 31, 2015 [ECF 52] (the "December 11 Order"), pursuant to which Debtor was authorized to use Cash Collateral on the terms described therein through December 31, 2015.

C. On January 21, 2016, the Court entered its Final Order (I) Approving Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing – On an Interim and Limited Basis Through March 31, 2016 [ECF86] (the "Final Order"),[1] pursuant to which Debtor was authorized to use Cash Collateral on the terms described therein through March 31, 2016.

D. On March 25, 2016, Debtor and Secured Party entered into a Stipulation extending use of Cash Collateral through September 30, 2016, pursuant to the terms of the Final Order as modified and extended by the Extension Order entered by this Court on March 29, 2016 [ECF110].

E. On September 26, 2016, Debtor and Secured Party entered into a Second Stipulation extending use of Cash Collateral through December 31, 2016, pursuant to the terms of the Final Order [ECF191].

F. On December 19, 2016, Debtor and Secured Party entered into a Third Stipulation extending use of Cash Collateral through March 31, 2017, pursuant to the terms of the Final Order [ECF249].

---

[1] Defined terms herein are used with the same sense and meaning as such terms are defined in the Final Order unless otherwise noted.

G. On March 21, 2017, Debtor and Secured Party entered into a Fourth Stipulation extending use of Cash Collateral through June 30, 2017, pursuant to the terms of the Final Order [ECF291].

H. On June 23, 2017, Debtor and Secured Party entered into a Fifth Stipulation extending use of Cash Collateral through September 30, 2017, pursuant to the terms of the Final Order [ECF 326].

I. On November 16, 2017, Debtor and Secured Party entered into a Sixth Stipulation extending use of Cash Collateral through December 31, 2017, pursuant to the terms of the Final Order [ECF 337].

J. On December 21, 2017, Debtor and Secured Party entered into a Seventh Stipulation extending use of Cash Collateral through March 31, 2017, pursuant to the terms of the Final Order [ECF 363].

K. On March 27, 2018, Debtor and Secured Party entered into an Eighth Stipulation extending use of Cash Collateral through June 30, 2018 [ECF 377].

L. On June 22, 2018, Debtor and Secured Party entered into a Ninth Stipulation extending use of Cash Collateral through September 30, 2018 [ECF 386].

M. On September 21, 2018, Debtor and Secured Party entered into a Tenth Stipulation extending use of Cash Collateral through December 31, 2018 [ECF 399].

N. On December 21, 2018, Debtor and Secured Party entered into an Eleventh Stipulation extending use of Cash Collateral through March 31, 2019 [ECF 435].

O. On March 25, 2019, Debtor and Secured Party entered into a Twelfth Stipulation extending use of Cash Collateral through June 30, 2019 [ECF 477].

P. On March 13, 2019, after multiple continued hearings and two days of trial, this Court granted confirmation of Sarah Singh's Plan of Liquidation Dated August 16, 2016 As Modified (the "Plan"). An order confirming the Plan was entered on March 20, 2019. The Liquidating Agent was appointed to control assets of the Debtor pursuant to the terms of the Plan and was subsequently authorized to employ Lane & Nach, P.C. as attorneys for the Liquidating Agent for the benefit of the estate ("Liquidating Agent's Counsel"). [ECF 511]

Q. On June 24, 2019, Debtor and Liquidating Agent entered into a Thirteenth Stipulation extending use of Cash Collateral through August 31, 2019 [ECF 602].

R. Although the auction of Debtor's property authorized by the Plan was conducted on June 20, 2019 and the property is to be sold to the highest bidder (or to the backup bidder in the event the sale to the highest bidder does not close), certain sale conditions (the highest bidder has failed to perform and the backup bidder has been given notice of the commencement of the closing deadline) will prevent any sale from closing until as long as sixty days from notice date. For that reason, a further Stipulation for use of Cash Collateral is necessary to extend cash collateral use beyond the current deadline of August 31, 2019.

S. Debtor, through the Liquidating Agent, and Secured Party have agreed to further extend Debtor's use of Cash Collateral through the earlier of the close of the sale of the real property contemplated by the Plan or October 31, 2019 pursuant to the terms of the Thirteenth Final Order as modified and extended by the Fourteenth Extension Order (defined below). A new updated Budget (the "Extended Budget"), substantially in the form attached as Exhibit A to the Fourteenth Extension Order attached hereto, replaces the Budget previously approved and incorporated in the Final Order. Additionally, the Extended Budget authorizes the payment of up to $50,000 to the Liquidating Agent and Liquidating Agent's Counsel from cash collateral of Secured Lender subject to any approval of this Court for payment of fees incurred by Liquidating Agent's Counsel.

Based upon the foregoing, the parties hereto agree and stipulate as follows:

1. Upon entry of the Fourteenth Extension Order, Debtor may continue to use Cash Collateral through the earlier of the close of the sale of the real property contemplated by the Plan or October 31, 2019, to pay the expenses set forth in the Extended Budget pursuant to the proposed Fourteenth Order Further Extending Final Order (I) Approving Use of Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing (the "Fourteenth Extension Order"), substantially in the form attached hereto as Exhibit 1.

2. The Court may enter the Fourteenth Extension Order.

**IN WITNESS WHEREOF,** the parties hereto agree to and approve the terms of the Stipulation by and through their respective counsel or as otherwise stated, as of the date set forth opposite their respective signatures herein below.

Dated: August 27, 2019                     BUCHALTER, A Professional Corporation

By:   /s/ Bernard D. Bollinger, Jr.
      Bernard D. Bollinger, Jr.
Attorneys for Extensia Financial

Dated: August 27, 2019                     LANE & NACH, P.C.

By: _____
      Stuart Rodgers
      Paul Hilkert
Attorneys for Eric M. Haley, Liquidating Agent for Regency Park Capital 2011, Inc. Debtor and Debtor-in-Possession

APPROVED AS TO FORM AND CONTENT:

SCHNEIDER & ONOFRY, P.C.

By:   /s/ Brian N. Spector (see attached email approval)
      Brian N. Spector – 010112
Counsel for Sawaranjit Sarah Singh

IN WITNESS WHEREOF, the parties hereto agree to and approve the terms of the Stipulation by and through their respective counsel or as otherwise stated, as of the date set forth opposite their respective signatures herein below.

Dated: August 27, 2019  BUCHALTER, A Professional Corporation

By: /s/ Bernard D. Bollinger, Jr.
Bernard D. Bollinger, Jr.
Attorneys for Extensia Financial

Dated: August 27, 2019  LANE & NACH, P.C.

By: _____
Stuart Rodgers
Paul Hilkert
Attorneys for Eric M. Haley, Liquidating Agent for Regency Park Capital 2011, Inc. Debtor and Debtor-in-Possession

APPROVED AS TO FORM AND CONTENT:

SCHNEIDER & ONOFRY, P.C.

By: /s/ Brian N. Spector (see attached email approval)
Brian N. Spector – 010112
Counsel for Sawaranjit Sarah Singh

**Martin, Shirlene**

| | |
|---|---|
| **From:** | Bollinger, Jr., Bernard D. |
| **Sent:** | Tuesday, August 27, 2019 10:06 AM |
| **To:** | Martin, Shirlene |
| **Subject:** | FW: RPC: Stip for Continued Cash Collateral Use [IWOV-BN.FID2019180] |

Here is Brian's approval./Bo.

**Bernard Bollinger**
**T** (213) 891-5009
**C** (213) 308-5432

From: Brian N. Spector <bspector@soarizonalaw.com>
Sent: Tuesday, August 27, 2019 1:21 AM
To: Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>
Cc: Paul Hilkert <Paul.Hilkert@lane-nach.com>; Stuart Rodgers <Stuart.Rodgers@lane-nach.com>
Subject: Re: RPC: Stip for Continued Cash Collateral Use [IWOV-BN.FID2019180]

Approved; provided, however, that all professional fees must be subject to court approval. Thank you.

Sent from my iPhone

On Aug 27, 2019, at 12:01 AM, Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com> wrote:

> Brian:
>
> I have attached the proposed stipulation for continued cash collateral use that has been approved by Stuart as well as a redline demonstrating changes from the prior version. I believe he is currently on vacation, so have also copied Paul who is up to speed on the status of this.
>
> Please review and, if acceptable, forward your signature page for filing with the court. I'd like to get this and related documents on file by the end of the day tomorrow at the latest. Thanks!/Bo.
>
> # Buchalter
>
> **Bernard D. Bollinger**
> Shareholder
> **T** (213) 891-5009
> **F** (213) 630-5736
> BBOLLINGER@buchalter.com

| | |
|---|---|
| 1 | ORIGINAL filed with the Court this 27th day of August 2019, |
| 2 | COPY of the foregoing sent via Email to: |

Lawrence D. Hirsch, Esq.
Parker Schwartz, PLLC
7310 N 16th St #330
Phoenix, AZ 85020
*Attorneys for Debtors*
Email: lhirsch@psazlaw.com

Christopher J. Pattock
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Email: Christopher.j.pattock@usdoj.gov

Stuart B. Rodgers, Esq.
Lane & Nach P.C.
2001 East Campbell Avenue, #103
Phoenix, AZ 85016
Email: stuart.rodgers@lane-nach.com

Via U.S. Mail:

| | |
|---|---|
| Radix Law fka Alvarez & Gilbert<br>15205 N. Kierland Blvd.<br>Suite 200<br>Scottsdale, AZ 85254 | Bank of America Visa<br>PO Box 982238<br>El Paso TX 79998-2238 |
| Bank of America/Mastercard<br>PO Box 982235<br>El Paso TX 79998-2235 | Bikram Singh Gill<br>House 1006 Sector 8<br>Chandigarh INDIA |
| CHASE AUTO FINANCE<br>PO BOX 78420<br>PHOENIX AZ 85062-8420 | Chase Visa<br>PO Box 15123<br>Wilmington DE 19850-5123 |
| Dale and Cynthia Haggard<br>Family Trust<br>c/o 840 N. Dysart Rd.<br>Goodyear, AZ 85338 | Extensia Financial<br>9301 Corbin Ave suite 1200<br>Northridge CA 91324 |
| Home Depot<br>PO Box 790340<br>Saint Louis MO 63179-0300 | IER, Inc. **RETURNED**<br>1000 Industrial Park Rd.<br>Belton, TX 76513 |
| Narinder Singh Gill<br>5769 124A Street<br>Surrey BC Canada | Patrick F. Welch<br>One East Washington Street<br>Suite 1900<br>Phoenix AZ 85004-2554 |
| Ranjit Singh<br>840 N Dysart Road<br>Goodyear AZ 85338 | Sarah Singh<br>c/o Radix Law fka Alvarez & Gilbert<br>15205 N. Kierland Blvd.<br>Suite 200 |

| | |
|---|---|
| | Scottsdale, AZ 85254 |
| Super 8<br>22 Sylvan Way<br>Parsippany-Troy Hills NJ 07054 | Super 8 Worldwide, Inc.<br>c/o Maureen Beyers<br>Osborn Maledon PA<br>2929 N Central Ave Ste 2100<br>Phoenix AZ 85012 |
| Super 8 Worldwide, Inc. **RETURNED**<br>c/o Forman Holt Eliades & Youngman LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>Attn.: David S. Catuogno, Esq. | Brian N. Spector<br>Schneider & Onofry, P.C.<br>365 E. Coronado Road<br>Phoenix, AZ 85004 |
| IER, Inc. **RETURNED**<br>3144 W. Lewis Ave.<br>Phoenix, AZ 85009 | |

/s/ Shirlene Martin

EXHIBIT 1

PROPOSED EXTENSION ORDER

BUCHALTER
A Professional Corporation
Los Angeles

8
Case 2:15-bk-15280-PS    Doc 637    Filed 08/27/19    Entered 08/27/19 14:02:20    Desc
BN 37419540v1
Main Document    Page 10 of 14

Steven R. Schneider (SBN: 030958)
BUCHALTER
A Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1808
Facsimile: (480) 824-9400
E-mail: sschneider@buchalter.com

Bernard D. Bollinger, Jr. (CA SBN: 132817)
William S. Brody (CA SBN: 136136)
BUCHALTER
A PROFESSIONAL CORPORATION
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
E-mail: bbollinger@buchalter.com

Attorneys for Servicer for Secured Creditor,
Extensia Financial

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>REGENCY PARK CAPITAL 2011, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:15-bk-15280-PS<br><br>**FOURTEENTH ORDER FURTHER EXTENDING FINAL ORDER (I) APPROVING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) SETTING DEADLINES RE APPROVAL OF ORDER ON A FINAL BASIS**<br><br>**Date: No hearing required** |

Having considered the stipulation between Regency Park Capital 2011, Inc., the debtor and debtor in possession ("Debtor") in the above-captioned bankruptcy case (the "Case") and Extensia Financial (fka CU Business Partners, LLC), servicing agent ("Agent") for and on behalf of Farmers Insurance Group Federal Credit Union, a Federally Chartered Credit Union, its successors, assigns or beneficiaries ("Secured Party"), and all papers in the Court's file relating to the subject matter hereof, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. The Final Order (I) Approving Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Setting Deadlines Re Approval of Order on a Final Basis [Etc.] [ECF86] together with the Order Extending Final Order (I) Approving Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Setting Deadlines Re Approval of Order on a Final Basis [ECF110] is hereby amended and further extended as follows:

   a. <u>Expiration Date</u>. Section 1.2.1(a) of the Final Order is amended by deleting that subsection in its entirety and replacing it as follows: "the earlier of the close of the sale of the real property contemplated by the Plan or October 31, 2019."

   b. <u>Budget</u>. <u>Exhibit A</u> to the Thirteenth Final Order is hereby amended by deleting <u>Exhibit A</u> attached to the Final Order in its entirety and replacing it with <u>Exhibit A</u> attached hereto.

   c. <u>Liquidating Agent</u>. Upon the Effective Date the Liquidating Agent shall have the rights afforded Debtor in the Final Order for purposes of continued cash collateral use. For the avoidance of doubt, nothing contained in the Stipulation or this Order shall obligate the Liquidating Agent to expend funds for all of the categories or in all of the maximum amounts listed in the Budget (Exhibit A); rather, the Liquidating Agent shall retain discretion in this regard.

2. <u>No Other Changes</u>. Except as explicitly amended by this Order, all of the terms and conditions of the Final Order remain unchanged and in full force and effect. The Final Order as amended by this Fourteenth Order constitutes the entire order of the Court with respect to the subject matter hereof and thereof.

Counsel for the secured creditor shall serve a copy of this order on all creditors and interested parties. Any party objecting to the order shall file an objection with the Court no later than 14 days after service of the order.

DATED AND SIGNED ABOVE.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

10

Case 2:15-bk-15280-PS   Doc 637   Filed 08/27/19   Entered 08/27/19 14:02:20   Desc
Main Document    Page 12 of 14

BN 37419540v1

# EXHIBIT A
# REGENCY PARK BUDGET EXPENSES -Proforma – September 1 to October 31, 2019

| Accounts Payable | Services Provided | Appx. Monthly Payment |
|---|---|---|
| APS | ELECTRICITY | $4,200.00 |
| IER - ENEGRY RESOURCES | SPECIAL APS LIGHTING PROG. | $0.00 |
| BOOKING.COM | LISTING / ADVERTISING | $1,200.00 |
| EXPEDIA | TRAVEL SERVICES | $900.00 |
| EXTENSIA | ADEQUATE PROTECTION PAYMENTS | $20,809.00 |
| PAYROLL GROSS | PAYROLL FOR EMPLOYEES - 16 | $25,000.00 |
| WHG FRANCHISE FEES | FRANCHISE FEES | $11,000.00 |
| CITY OF GOODYEAR | WATER TAX | $1,893.00 |
| CITY OF GOODYEAR | WATER TAX | $2,003.00 |
| IRS/STATE/FICA,STATE/FEDERAL | EMPLOYER CONTRIBUTION | ACTUAL |
| TAXES - ROOM TAX | ROOM / SALES TAXES | $11,000.00 |
| UNEMPLOYMENT TAX | UNEMPLOYMENT TAX | ACTUAL |
| POST CONFIRMATION LIQUIDATING AGENT FEES AND EXPENSES / PAYMENT OF PROFESSIONALS EMPLOYED BY LIQUIDATING AGENT | EXECUTION OF CONFIRMED PLAN AND BANKRUPTCY PROFESSIONAL SERVICES | $12,500.00 (total of $25,000.00 allotted) |
| UST FEES | TRUSTEE SERVICE | ACTUAL |
| LAW & REED CPA | CPA FINANCIAL SERVICES | $525.00 |
| COX COMMUNICATION | CABLE SERVICES | $1,200.00 |
| COX COMMUNICATION | PHONE / INTERNET | $600.00 |
| BREAKFAST FOOD - GUESTS | FOOD | $3,200.00 |
| VONTAGE PHONE SERVICE | PHONE SERVICES | $52.00 |
| ETHOSTREAM | WIFI | $90.00 |
| REPUBLIC SERVICE | GARBAGE SERVICES | $468.00 |
| SOUTHWAEST GAS | GAS SERVICES | $1,360.00 |
| MERCEDES VEHICLE | CAR PAYMENT | $150.00 |
| MERCEDES VEHICLE | GAS / MAINTENANCE | $300.00 |
| GEICO AUTO INSURANCE | AUTO INSURANCE | $95.00 |
| ACE POOL COMPANY | POOL MAINTENANCE | $250.00 |
| CARBONS | WAFFLE EQUIPMENT | $300.00 |
| FARMERS BROTHERS | COFFEE SUPPLIES / SERV | $450.00 |
| HOME DEPOT | GENERAL SUPPLIES | $1,500.00 |
| LWC | LAUNDRY SUPPLY SERVICES | $409.00 |
| FURNITURE REPLACEMENT | CASE GOODS | $5,000.00 |
| VISTAR | BREAKFAST SUPPLIES | $0.00 |
| WESTERN SUPPLY | BUSINESS STATIONARY CARDS | TBD |
| CONTRACT LABOR / MISC HELP | VARIOUS MISC WORK | $1,200.00 |

BUCHALTER
A Professional Corporation
Los Angeles

11

BN 37419540v1

Case 2:15-bk-15280-PS    Doc 637    Filed 08/27/19    Entered 08/27/19 14:02:20    Desc
Main Document    Page 13 of 14

| | | |
|---|---|---|
| EMERGENCY REPAIRS / PRETTY CASE | REPAIRS / MAINTENANCE ETC | $300.00 |
| MISC SUPPLIES - COSTCO | MISC SUPPLIES | $2,000.00 |
| ELECTRICIAN | ELECTRICAL REPAIR / MAINTENANCE | $200.00 |
| Parking Lot | REPAIRS / MAINTENANCE ETC | $5,000.00 |
| | | |
| | **TOTAL EXPENSES** | $115,154.00 |
| | | |
| | **ANTICIPATED REVENUE** | $125,000.00 |