Stuart B. Rodgers – 027520
**LANE & NACH, P.C.**
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: stuart.rodgers@lane-nach.com

*Attorneys for Eric M. Haley, Chapter 11 Liquidating Agent*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 11 Case) |
|---|---|
| REGENCY PARK CAPITAL 2011, INC. dba SUPER 8 GOODYEAR, | No. 2:15-bk-15280-PS |
| Debtor. | **REPORT OF SALE CLOSING** |

Eric M. Haley, the Chapter 11 Liquidating Agent, by and through the undersigned counsel, respectfully gives notice as follows:

1. This case was commenced by a voluntary Chapter 11 petition filed by Regency Park Capital 2011, Inc. ("**Debtor**") on December 1, 2015 ("**Petition Date**").

2. Pursuant to the Order Confirming Sarah Singh's Plan of Liquidation Dated August 16, 2016, as Modified, ["**Order Confirming Plan**"] entered by this Court on March 19, 2019, Eric M. Haley was appointed as the "**Liquidating Agent**" effective April 3, 2019 [DE #474].

3. On or about June 20, 2019, the Court conducted an auction ("**Sale**") of the Debtor's real property known as the Super 8 Goodyear Motel located at 840 N. Dysart Road in Goodyear, Arizona, together with certain related personal property located thereon (collectively referred to hereafter as the "**Property**").

4. SJ Group, LLC ("**SJ Group**") presented the approved highest and best bid at Six Million One Hundred and Fifty Thousand Dollars ($6,150,000.00).

5. Sanjay Patel ("**Patel**") presented the approved backup bid, and agreed to be the Backup Bidder, at a bid of Five Million One Hundred Thousand Dollars ($5,100,000.00).

6. On or about June 25, 2019, the Court entered its Order Approving Sale of Motel [DE #605] ("**Sale Order**").

7. On or about August 16, 2019, the SJ Group sent its "Termination of Agreement for Purchase and Sale of Real Property and Related Assets" and stated its intent not to close pursuant to the PSA and Sale Order.

8. On or about August 19, 2019, Notice was provided to Patel that the Liquidating Agent would proceed with the backup bid of $5,100,000.00.

9. On or about September 10, 2019, the Sale closed for the backup bid of $5,100,000.00. A copy of the closing statement is attached hereto as Exhibit "A".

10. Trustee will distribute payment of the Broker's Commission to the seller's Broker and the buyer's Broker upon the entry of a Court Order allowing same.

RESPECTFULLY SUBMITTED this 17th day of September, 2019.

**LANE & NACH, P.C.**

By: /s/ Stuart B. Rodgers
Stuart B. Rodgers
*Attorneys for Eric M. Haley, Chapter 11 Liquidating Agent*

# CERTIFICATE OF MAILING

COPY of the foregoing delivered via first class mail as follows:

Regency Park Capital 2011, Inc.
840 N. Dysart Road
Goodyear, AZ 85338
*Debtor*

John T. Gilbert, Esq.
15205 N. Kierland Blvd.
Suite #200
Scottsdale, AZ 85254
*Co-Counsel for Sawaranjikt Sarah Sing*

Damian Gordillo
6991 E. Camelback Rd, Ste D300
Scottsdale, AZ 85251
*Broker for Backup Bidder*

Sanjay Patel
c/o Dysart Hotel II, LLC
4727 E. Thomas Rd.
Phoenix, AZ 85018
*Backup Bidder*

COPY of the foregoing delivered via electronic mail as follows:

Schneider & Onofry, P.C.
365 E. Coronado Rd.
Phoenix, Arizona 85004
Email: bspector@soarizonalaw.com
*Counsel for Sawaranjikt Sarah Sing*

Christopher Pattock
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: Christopher.J.Pattock@usdoj.gov

Bert L. Roos
Bert L. Roos, P.L.L.C.
5045 N. 12th Street, Suite B
Phoenix, Arizona 85014
Email: blrpc85015@msn.com
*Attorney for Ranjit Singh*

Keith M. Knowlton
KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108, PMB #117
Tempe, AZ 85284
Email: keithknowlton@msn.com
*Attorney for Ranjit Singh*

Jared G. Parker
Lawrence D. Hirsch
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, AZ 85020
Email: jparker@psazlaw.com
Email: lhirsch@pzazlaw.com
*Attorney for Ranjit Singh per Court Docket*

Philip R. Rudd
Sacks Tierey P.A.
4250 N. Drinkwater Blvd.
Scottsdale, AZ 85251-3693
Email: Rudd@SacksTierney.com
*Former Winning Bidder*

Damian Gordillo
Email: damian@marqueehotelgroup.com
*Broker for Backup Bidder*

Sanjay Patel
c/o Dysart Hotel II, LLC
4727 E. Thomas Rd.
Phoenix, AZ 85018
Email: jay@atlashmc.com
*Backup Bidder*

Daniel M. Eiades, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Email: daniel.eiades@klgates.com
*Attorneys for Super 8 Worldwide, Inc.*

DAVID SALVATORE CATUOGNO
K&L Gates LLP
One Newark Center 10th Floor
Newark, NJ 07102
Email: david.catuogno@klgates.com
*Attorneys for Super 8 Worldwide, Inc.*

| | |
|---|---|
| Bernard D. Bollinger, Jr.<br>William S. Brody<br>BUCHALTER NEMER A PROFESSIONAL CORPORATION<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>E-mail: bbollinger@buchalter.com<br>Attorneys for Servicer for Secured Creditor<br>Extensia Financial, servicing agent | Christopher J. Pattock<br>Office Of The U.S. Trustee<br>230 N. First Ave., #204<br>Phoenix, AZ 85003-1706<br>Email: Christopher.J.Pattock@usdoj.gov<br>*Attorney for the UST* |

Ryan Anthony Houser
Casarona Law Firm, P.L.L.C.
9943 East Bell Road
Suite 114
Scottsdale, AZ 85260
Email: ryan@casaronalawfirm.com
Attorney for Backup Bidder Sanjay Patel

By: */s/ S. Rochin*

# EXHIBIT "A"

## North American Title Company
3200 E. Camelback Road, Suite 200
Phoenix, AZ 85018
Phone: (602)280-7500 Fax: (866)488-1907

## Final Settlement Statement

**Settlement Date:** 09/10/2019
**Order Number:** 21800-19-04645
**Escrow Officer:** Sally Hevier

**Buyer:** Dysart Hotel II LLC, an Arizona limited liability company

**Seller:** Eric M. Haley, as Liquidating Agent for the Estate of Regency Park Capital 2011, Inc.

**Property:** 840 N. Dysart
Goodyear, AZ 85338-1151

| Seller Debit | Seller Credit | Description | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|---|
| | | **Total Consideration** | | | |
| | 5,100,000.00 | Purchase Price | | 5,100,000.00 | |
| | | Closing Funds | | | 4,854,647.70 |
| | | Deposit or Earnest Money | | | 250,000.00 |
| | | **Prorations/Adjustments** | | | |
| 8,617.27 | | 2019 taxes 07/01/19-09/09/19 | | | 8,617.27 |
| | 1,500.00 | Reimbursement of PIP Fee | | 1,500.00 | |
| | | **Payoffs** | | | |
| 2,243,851.13 | | Payoff to Extensia Financial LLC Loan No. 5920611083 | | | |
| | |    Principal Balance | 1,954,217.03 | | |
| | |    Interest To: 09/11/19 | 3,528.45 | | |
| | |    Additional Interest From: 09/11/19 To 09/13/19 @ 352.844740 Per Diem | 705.69 | | |
| | |    Tax & Insurance Balance | -44,578.94 | | |
| | |    Reserves Balance | -77,158.92 | | |
| | |    Late Charges | 803.50 | | |
| | |    Returned Check Charges | 95.00 | | |
| | |    Legal Fees | 124,264.91 | | |
| | |    Default Interest | 281,664.41 | | |
| | |    Payoff Fees | 310.00 | | |
| | | Total Payoff | 2,243,851.13 | | |
| | | **Title/Escrow Charges** | | | |
| | | Owner's Policy Premium to North American Title Company | | 9,700.00 | |
| 1,912.00 | | Settlement/Closing Fee (Commercial) to North American Title Company | | 1,912.00 | |
| 50.00 | | Overnight Mailing/Courier Fee to North American Title Company | | 50.00 | |
| | | **Recording Charges** | | | |
| 33.00 | | Recording Fee to North American Title Company | | 33.00 | |
| | | **Miscellaneous Charges** | | | |
| 22,150.74 | | Pay 1st half 2019 taxes to Maricopa County Treasurer 500-03-269L & 500-03-269X | | | |
| 16,008.58 | | Seller's Outstanding Fees - August to Super 8 Worldwide, Inc. | | | |
| 7,116.29 | | Seller's Outstanding Fees - September to Super 8 Worldwide, Inc. | | | |

## Final Settlement Statement

|  |  |  |  |  |
|---:|---:|---|---:|---:|
| 2,299,739.01 | 5,101,500.00 | Subtotals | 5,113,195.00 | 5,113,264.97 |
| 2,801,760.99 |  | Balance Due TO Seller/Buyer | 69.97 |  |
| 5,101,500.00 | 5,101,500.00 | Totals | 5,113,264.97 | 5,113,264.97 |